COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


NUMBER 13-02-506-CV 



JOE MORALES, ET AL. , Appellants,



v.




HONOFRE RODRIGUEZ, JR. , Appellee.

____________________________________________________________________


On appeal from the 93rd District Court

of Hidalgo County, Texas.

_____________________________________________________________________


AND


____________________________________________________________________



NUMBER 13-02-548-CV 



IN RE: JOE MORALES, ET AL. Relators.


 

On Petition for Writ of Mandamus







MEMORANDUM OPINION

 Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam



 These causes are before the Court on the parties' joint motion to dismiss the appeal and petition for writ of mandamus. In
the motion, the parties state that they have agreed to arbitrate all claims, including those currently pending before the 93rd
District Court of Hidalgo County.

 The Court, having considered the documents on file and the parties' joint motion, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal and petition for writ of mandamus are hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 6th day of March, 2003 .